UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT A. GEIS, et al., | : Civil Action No. 09-1396 (MLC) |
| Plaintiffs, | : |
| v. | : SCHEDULING ORDER IN AN |
|  | : ARBITRATION MATTER |
| TRICAM INDUSTRIES, INC., et al., | : |
| Defendants. | : |

      This matter having come before the Court during an Initial Scheduling Conference conducted on May 12, 2009, pursuant FED. R. CIV. P. 16; and the Court having considered the submissions of the Parties; and good cause appearing for the entry of the within Order;

      IT IS on this 13th day of May 2009,

      ORDERED THAT:

      1. This matter is subject to arbitration pursuant to General Rule 201.1.

      2. Parties will comply with disclosure requirements of FED. R. CIV. P. 26 by May 26, 2009.

      3. Fact discovery in this matter will conclude on July 15, 2009.

      4. Counsel must confer in a good faith attempt to resolve any discovery or case management disputes. Any unresolved discovery or case management disputes must be brought to the Magistrate Judge's attention immediately by letter to the undersigned and/or conference call with local counsel. L. CIV. R. 37.1(a)(1); see also L. CIV. R. 16.1(f).

      5. A telephone status conference will be conducted on July 15, 2009 at 11:30 A.M.

      6. Not later than August 14 2009, Plaintiffs shall serve copes of all expert reports.

      7. Not later than September 30, 2009, Defendants shall serve copies of all expert reports.

        8.  No expert shall testify at the time of trial as to any opinions, not base those opinions on facts, not substantially disclosed in any report

        9.  Expert depositions, if any, may be conducted as late as within two weeks after the Final Pretrial Conference.

        10.  A Status Conference will be held, by telephone on, <u>October 6, 2009</u> at <u>2:30 P.M.</u>  Plaintiffs' Counsel will initiate the call.

        11.  If appropriate, dates for a Settlement Conference and/or dispositive motions will be set during the Status Conference.  Otherwise, this matter will be referred to the Court's Arbitration program.

        12.  There will be no extensions of the deadlines set forth in this order and there will be no pretrial conference before the Magistrate Judge.  Counsel will receive further instructions and guidelines regarding the arbitration directly from the Clerk of the Court.

        13. Counsel are invited to use the *George H. Barlow* Attorney Conference Room located on the third floor of the Courthouse Annex.  The room is equipped with telephones, laptop access/printer, copier, and *fax*.

        *s/ Douglas E. Arpert*
        DOUGLAS E. ARPERT
        United States Magistrate Judge


**ALL PROPOSED ORDERS SENT TO CHAMBERS SHOULD BE IN WORDPERFECT FORMAT AND E-MAILED TO: njdnef_arpert@njd.uscourts.gov.  ANY FILINGS WITH THE CLERK'S OFFICE SHOULD BE IN PDF FORMAT.**